

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EDWARD SANCHEZ HINOJOS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:05-CV-0157 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner. On September 1, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application for a writ of habeas corpus be dismissed as time barred. Petitioner filed objections to the Magistrate Judge's Report and Recommendation on September 15, 2005. By his objections, petitioner did not present an argument but requested an extension of time to do so. The same date, petitioner filed a separate motion for extension of time, and it was granted giving petitioner until September 26, 2005 to file any objections he wished to file. Petitioner has filed no further objections to date.

The undersigned United States District Judge has made an independent examination of the record in this case. The objections filed by petitioner on September 15, 2005 are without

merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED. Let judgment be entered accordingly.

IT IS SO ORDERED.

ENTERED this ____3rd____ day of ____October____ 2005.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE